# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AUGUST CABRERA et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Civil Action No. 19-3835 (JDB)

MARK ZAMBON et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Civil Action No. 18-2065 (JDB)

## APPENDIX

This appendix includes the prejudgment interest multipliers calculated by the Court for the associated plaintiffs and a table specifying each plaintiffs' award before and after the addition of prejudgment interest.

As it did previously in Cabrera v. Islamic Republic of Iran, Civ. A. No. 18-2065 (JDB), 2022 WL 2817730 (D.D.C. July 19, 2022), the Court will use the Federal Reserve's data for the average annual prime rate in each year from the date of the respective attacks through 2023.[1] Using

---

[1] This data is available on the Federal Reserve's website. Bd. of Governors of Fed. Reserve Sys., Data Download Program, https://www.federalreserve.gov/datadownload/Download.aspx?rel=H15&series= 8193c94824192497563a23e3787878ec&filetype=spreadsheetml&label=include&layout=seriescolumn&lastObs=50 (last accessed May 9, 2023).

the prime rates for the years from the date of the attack, and discounting for the percentage of the year elapsed at the time of each attack, yields the following multipliers:[2]

| Associated Direct Victims | Attack Date | Multiplier |
|---|---|---|
| Benton, Bogar, Brostrom, Garcia, Hovater, Rainey, Zwilling | July 13, 2008 | 1.736093 |
| Roush | August 16, 2009 | 1.662423 |
| Caron | April 11, 2010 | 1.628083 |
| Benson, Campbell, Nichols, Pittman, Ratzlaff, Robinson, Spehar, Strange, Vaughn, Vickers | August 6, 2011 | 1.560786 |
| Darrough, Newman | October 29, 2011 | 1.549263 |
| Hunter | May 31, 2012 | 1.520481 |
| Ellis | June 18, 2013 | 1.470380 |
| Zimmerman | July 15, 2013 | 1.466906 |
| Baldridge, Bays | June 10, 2017 | 1.286767 |

Applying those multipliers, the Court concludes that plaintiffs are entitled to the following amounts as compensatory damages (solatium or pain-and-suffering damages, plus prejudgment interest):

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Prejudgment Interest |
|---|---|---|
| Jonathan Richard Colton Benton | $8,000,000 | $13,888,747.50 |
| Elizabeth Lindsey Benton | $4,000,000 | $6,944,373.75 |
| S.J.B. | $2,500,000 | $4,340,233.59 |
| G.S.B. | $2,500,000 | $4,340,233.59 |
| H.S.B. | $2,500,000 | $4,340,233.59 |
| Carlene Renee Cross | $5,000,000 | $8,680,467.19 |
| Michael Dean Bogar | $5,000,000 | $8,680,467.19 |

---

[2] Specifically, the Court calculated these multipliers—using SSG Benton as an example—as follows. First, the Court multiplied $1.00 by the prime rate in 2008 (5.09%); discounted that amount to reflect that only 46.72% of the year remained after July 13, 2008; and added that amount to $1.00, for a result of $1.02378. The Court then took that amount and multiplied it by the prime rate in 2009 (3.25%) and combined that amount with $1.02378, for a result of $1.057054. The Court continued this iterative process through May 16, 2023, resulting in a total multiplier of 1.736093. Because the attacks relevant to the associated plaintiffs were committed on ten different dates, the Court repeated this process for each attack date. To approximate the 2023 prime rate, the Court averaged the prime rates for the past six years—approximately 4.32%—and again discounted the interest to reflect that only a portion of the year has elapsed as of May 16, 2023. See Cabrera, 2022 WL 2817730, at *55 n.46 (applying same methodology).

| | | |
|---|---|---|
| Micael D. Gauger | $2,500,000 | $4,340,233.59 |
| Carise Renee Martindale | $2,500,000 | $4,340,233.59 |
| Mary Josephine Brostrom | $5,000,000 | $8,680,467.19 |
| David Brostrom | $5,000,000 | $8,680,467.19 |
| Jase David Brostrom | $5,000,000 | $8,680,467.19 |
| Blake D. Brostom | $2,500,000 | $4,340,233.59 |
| Jeff Caron | $5,000,000 | $8,140,416.10 |
| Karen Caron | $5,000,000 | $8,140,416.10 |
| Cassandra Malene Caron | $2,500,000 | $4,070,208.05 |
| Lesly Yohana Garcia | $8,000,000 | $13,888,747.50 |
| Maricruz Garcia Velasquez | $5,000,000 | $8,680,467.19 |
| Victor Garcia | $5,000,000 | $8,680,467.19 |
| Ramsses Garcia | $2,500,000 | $4,340,233.59 |
| Jenna Renae Vanosdale | $8,000,000 | $13,888,747.50 |
| Eric M. Hunter | $9,000,000 | $13,684,331.43 |
| Kenna Danielle Hunter | $5,000,000 | $7,602,406.35 |
| K.H. | $3,000,000 | $4,561,443.81 |
| J.H. | $3,000,000 | $4,561,443.81 |
| Betty Darlene Black | $2,500,000 | $3,801,203.17 |
| Joey J. Hunter Sr. | $2,500,000 | $3,801,203.17 |
| Joey J. Hunter II | $1,250,000 | $1,900,601.59 |
| Nicholas Walter Robinson IV | $1,250,000 | $1,900,601.59 |
| Renda Lynn Rainey Riggins | $5,000,000 | $8,680,467.19 |
| Christopher Baldridge | $5,000,000 | $6,433,836.60 |
| Jessie Baldridge | $5,000,000 | $6,433,836.60 |
| E.B. | $2,500,000 | $3,216,918.30 |
| L.B. | $1,750,000 | $2,251,842.81 |
| S.B. | $1,000,000 | $1,286,767.32 |
| Jasmin Bays | $8,000,000 | $10,294,138.57 |
| April Angel Bays | $5,000,000 | $6,433,836.60 |
| Timothy Lee Bays | $5,000,000 | $6,433,836.60 |
| Brenda Lee Griner | $2,500,000 | $3,216,918.30 |
| Lindsay Redoutey | $2,500,000 | $3,216,918.30 |
| Robert Charles Darrough | $5,000,000 | $7,746,315.77 |
| Judith Sarah Darrough | $5,000,000 | $7,746,315.77 |
| Joelle Rene Ellis | $5,000,000 | $7,351,900.54 |
| John Fitzgerald Ellis | $5,000,000 | $7,351,900.54 |
| James Earl Ellis | $2,500,000 | $3,675,950.27 |
| Amanda Jolynn Newman | $8,000,000 | $12,394,105.24 |

| | | |
|---|---|---|
| Donald Edward Newman Sr. | $4,000,000 | $6,197,052.62 |
| Michelle Marie Zimmerman | $5,000,000 | $7,334,528.94 |
| Chris Lee Zimmerman | $5,000,000 | $7,334,528.94 |
| Baily Nichelle Zimmerman | $2,500,000 | $3,667,264.47 |
| Beverly Ann Mills | $5,000,000 | $7,803,930.77 |
| Frederick C. Benson | $5,000,000 | $7,803,930.77 |
| Cynthia Carol Campbell | $2,500,000 | $3,901,965.39 |
| Mary Roana Hammerbacher-Nichols | $8,000,000 | $12,486,289.24 |
| Cynthia Marie Nichols | $5,000,000 | $7,803,930.77 |
| Douglas Nichols | $5,000,000 | $7,803,930.77 |
| Nicole Ann Robles | $2,500,000 | $3,901,965.39 |
| Monte Douglas Nichols | $2,500,000 | $3,901,965.39 |
| Brandon Lee Nichols | $2,500,000 | $3,901,965.39 |
| Ida Belle Pittman | $5,000,000 | $7,803,930.77 |
| John Terry Pittman Sr. | $5,000,000 | $7,803,930.77 |
| Andrea Nicole Ratzlaff | $8,000,000 | $12,486,289.24 |
| Daniel Mark Robinson | $5,000,000 | $7,803,930.77 |
| Donna Mae Roush | $5,000,000 | $8,312,117.17 |
| Robert Graham Roush Jr. | $5,000,000 | $8,312,117.17 |
| Robert Graham Roush III | $2,500,000 | $4,156,058.59 |
| Annette Janine Spehar | $5,000,000 | $7,803,930.77 |
| Patrick R. Spehar | $5,000,000 | $7,803,930.77 |
| Marie Sentina Mielke | $2,500,000 | $3,901,965.39 |
| Lisa Martinusen | $2,500,000 | $3,901,965.39 |
| Luke Herbert Spehar | $2,500,000 | $3,901,965.39 |
| Jacob Louis Spehar | $2,500,000 | $3,901,965.39 |
| Charles Wesley Strange | $5,000,000 | $7,803,930.77 |
| Katelyn Marie Strange | $2,500,000 | $3,901,965.39 |
| Charles Wesley Strange III | $2,500,000 | $3,901,965.39 |
| Carly Elizabeth Strange | $2,500,000 | $3,901,965.39 |
| Catherine Kimberly Vaughn Kryzda | $8,000,000 | $12,486,289.24 |
| C.C.V. | $3,000,000 | $4,682,358.46 |
| R.C.V. | $3,000,000 | $4,682,358.46 |
| Hortense Kainoa Wainani Vickers | $8,000,000 | $12,486,289.24 |
| K.M.G.V. | $5,000,000 | $7,803,930.77 |
| K.N.V. | $5,000,000 | $7,803,930.77 |

| | | |
|---|---|---|
| Mary Jane Vickers | $5,000,000 | $7,803,930.77 |
| Robert Martin Kahokulani Vickers Sr. | $5,000,000 | $7,803,930.77 |
| Michelle Joy Kapunaheleokalani Yarborough | $2,500,000 | $3,901,965.39 |
| Robert Martin Kahokulani Vickers Jr. | $2,500,000 | $3,901,965.39 |
| Mark Matthew Kaleinani Vickers | $2,500,000 | $3,901,965.39 |
| Estate of Kurt E. Zwilling | $4,000,000 | $6,944,373.75 |
| Alexander Edward Zwilling | $2,500,000 | $4,340,233.59 |

_____/s/_____

JOHN D. BATES
United States District Judge

Dated:  May 16, 2023